October 11, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

U.S. Citizenship and Immigration Services

ESPERANZA HERNANDEZ ALVARADO
RODRIGUEZ
c/o LORENA SOTO RIVAS
PO BOX 470348
TULSA, OK 74147

LIN2428950840

A221-235-823

RE: ESPERANZA HERNANDEZ ALVARADO
RODRIGUEZ
I-360, Petition for Amerasian, Widow(er), or Special
Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** September 3, 2024

The above petition has been reviewed and found to establish a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF ONE YEAR FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of the one year period. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

---

**EXPIRATION DATE: October 11, 2025**

---

**For further information, you may wish to contact the following:**

**NATIONAL DOMESTIC VIOLENCE HOTLINE**

**1-800-799-7233 OR 1-800-787-3244 (TDD FOR THE DEAF)**

**OR www.thehotline.org**

**The National Domestic Violence Hotline provides information, crisis intervention and referrals to local service providers, including legal advocacy, to victims of domestic violence or anyone calling on their behalf. The Hotline service is available 24 hours a day, 7 days a week, and is a free phone call from anywhere in the United States, Puerto Rico, or the U. S. Virgin Islands. The staff and volunteers speak both English and Spanish and have access to translators in 139 languages.**

You will be notified separately about any other applications or petitions you filed. Save this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

USCIS/NSC
ATTN: RFE/NOID/NOIR/NOIT
PO BOX 87918
LINCOLN, NE 68501-7918

L. Miller

L. Miller
Director
Officer: EX0383/WH0383

September 26, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

U.S. Citizenship and Immigration Services

ESPERANZA HERNANDEZ ALVARADO RODRIGUEZ
c/o LORENA SOTO RIVAS
PO BOX 470348
TULSA, OK 74147

LIN2428950840

A221-235-823

RE: ESPERANZA HERNANDEZ ALVARADO RODRIGUEZ
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** September 3, 2024

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

---

**EXPIRATION DATE: March 25, 2026**

March 18, 2026

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

U.S. Citizenship and Immigration Services

ESPERANZA HERNANDEZ ALVARADO RODRIGUEZ
c/o LORENA SOTO RIVAS
PO BOX 470348
TULSA, OK 74147

LIN2428950840

A221-235-823

RE: ESPERANZA HERNANDEZ ALVARADO RODRIGUEZ
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

**PRIMA FACIE DETERMINATION**

**Receipt Date:** September 3, 2024

The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

---

**EXPIRATION DATE: September 14, 2026**