7 Product Way
Lees Summit, MO 64002

USPS Tracking # eVS

9205 5901 5370 8618 0018 93

USCIS National Customer Service Center
1-800-375-5283

RIVAS ASSOCIATES
LORENA SOTO RIVAS
PO BOX 470348
TULSA, OK 74147-0000

Date 2/4/2025

## IMPORTANT INFORMATION – SAVE THIS NOTICE

Use this tear-off portion to speed your application for an extension or replacement card.

A# 221-235-823

RIVAS ASSOCIATES
LORENA SOTO RIVAS
PO BOX 470348
TULSA, OK 74147-0000

Scan QR for more information on your card, rights, and benefits.




RECEIPT # LIN2428950889

*LIN2428950889*

CARD # 1A092452572841

*1A092452572841*

**Help USCIS Serve You Better**

We recommend that you keep this notice for your records. It has important information.

The tear-off portion of this notice can help speed your application for an extension or replacement card. When you file for another card, we recommend you attach the tear-off portion to your completed application.

**Please Read This Notice.** It has important information. We also recommend that you keep this notice for your records.

U.S. Citizenship and Immigration Services

## Your Application Has Been Approved.

Here is your new card. The expiration date is shown on the front.

## Please Check Your Card to Verify That the Information Is Correct.

If any information on this card is missing or incorrect, please call the USCIS Contact Center (UCC) at **1-800-375-5283** or check our Website at **www.uscis.gov** for instructions.

## Please Protect Your Card.

## Additional Information About Your Card

U.S. Citizenship and Immigration Services (USCIS) issues several kinds of cards for different purposes. Please read the information in this notice on how to use your card. If you are 18 years of age or older, you are required to carry your Employment Authorization Document or Permanent Resident Card or other proof of alien registration in the United States with you at all times, so it is available when needed. If you received a Permanent Resident Card or Combination Employment Authorization and Advance Parole Card (combo card), you should take it with you when you travel outside the United States so you can show it to a U.S. Customs and Border Protection (CBP) Officer upon your return to a U.S. port of entry. If you forget to take your card or lose it while traveling outside the United States, contact the nearest U.S. Embassy or consulate for assistance.

## Permanent Resident Card (PRC)

Your card has an expiration date.

- If you are a conditional permanent resident, you should apply to remove the conditions at least 90 days before your card expires.
- If you are a lawful permanent resident, the expiration date does not affect your status, but you should use Form I-90, Application to Replace Permanent Resident Card, to apply for a new PRC as early as 6 months before your card expires.

As a lawful permanent resident, you should be aware that:

- If your PRC is lost, stolen, or becomes damaged, or your name or other information shown on your card changes, use Form I-90 to apply for a new card.
- If you are going to travel and believe you may be outside of the United States for a year or more, you should apply for a reentry permit. You must be physically present in the United States when you file the reentry permit application and complete the biometrics services requirement. See Form I-131, Application for Travel Document, for information.
- You may be able to file an immigrant petition on behalf of certain relatives. See Form I-130, Petition for Alien Relative, for information.
- Lawful permanent residents can apply to become U.S. citizens after a certain period of residence in the United States. Usually, you have to be a lawful permanent resident for 5 years, but in some circumstances you can apply earlier. See Form M-476, A Guide to Naturalization, or visit the Citizenship Resource Center at **www.uscis.gov/citizenship.**

USCIS has a guide for new lawful permanent residents called "Welcome to the United States: A Guide for New Immigrants." It has important information about your rights and responsibilities. The guide is available at **www.uscis.gov/newimmigrants** in English and a variety of language.

## Employment Authorization Document (EAD)

You are authorized to work consistent with any conditions shown on the card until it expires.

- If you are hired for a job, you may show your EAD to the employer to show that you are authorized to work while the card is valid. An EAD is acceptable as a List A document showing evidence of identity and authorization to accept employment when completing the Form I-9, Employment Eligibility Verification.
- If you are already employed, you may present the EAD to your employer to show that you continue to have authorization to work.
- Certain applicants seeking renewal of their employment authorization and/or EAD may qualify for an automatic extension of their EAD while their Form I-765, Application for Employment Authorization, is pending. In this case, the expired EAD presented in combination with other documentation (such as the receipt notice for the Form I-765 renewal application) may serve as proof of the of employment authorization for Form I-9 completion. See www.uscis.gov/eadautoextend for more information.

You may apply for a renewal EAD if your current card EAD expires before USCIS makes a final decision on your: Form I-485, Application to Register Permanent Residence or Adjust Status; Form I-881, Application for Suspension of Deportation or Special Rule Cancellation of Removal; Form I-589, Application for Asylum and for Withholding of Removal; Form I-131 Application for Travel Document (re-parole); or other pending application that allows you to apply for employment authorization while your application is pending. Please refer to the instructions for Form I-765, Appiication for Employment Authorization Document, at **www.uscis.gov.**

## Combination Employment Authorization and Advance Parole Card

Your Combination Employment Authorization and Advance Parole Card (combo card) serves as both an EAD and an Advance Parole Document while your Form I-485, Application to Register Permanent Residence of Adjust Status is pending with USCIS. See the information above relating to employment authorization.

Your combo card also allows you to seek parole into the United States upon returning from travel outside of the United States. You should take your combo card with you when you travel outside the United States so you can present it to a CBP Officer at a U.S. port of entry to seek parole upon your return. Please see the instructions for Form I-131 and the enclosed Form I-931, which provide important additional information about using an Advance Parole Document for travel.

## Questions

If you ever have questions about immigration benefits and procedures or wish to have an application mailed to you, please call our USCIS Contact Center (UCC) at **1-800-375-5283** or check our Website at **www.uscis.gov.**