UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESPERANZA HERNANDEZ ALVARADO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 26-2495 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Xinyu Yang as counsel for Defendants in this action.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Xinyu Yang*

Xinyu Yang, Texas Bar #24098643
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7225

*Attorney for the United States of America*